UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARVIND VYAS GOPAL,

        Plaintiff,

    v.

JOHNSON, et al.,

        Defendants.

No.  2:25-cv-1372-DAD-CKD P

ORDER

Plaintiff is a state prisoner proceeding without an attorney in this civil rights action filed pursuant to 42 U.S.C. § 1983. On October 10, 2025, the undersigned dismissed plaintiff's complaint with leave to amend. (ECF No. 8.) Plaintiff sought and was granted an extension of time to file an amended complaint. (ECF Nos. 11, 12.) The time granted for plaintiff to file an amended complaint expired and plaintiff failed to file an amended complaint or otherwise communicate with the court.

On March 2, 2026, the undersigned recommended this case be dismissed for failure to prosecute. (ECF No. 13.) On March 4, 2026, plaintiff filed a motion for extension of time to file the amended pleading. (ECF No. 14.) Good cause appearing, plaintiff's request for extension of time will be granted and the undersigned will vacate the findings and recommendations to dismiss this case for failure to prosecute.

////

1

For the reasons set forth above, IT IS ORDERED as follows:

1.  The findings and recommendations filed on March 2, 2026 (ECF No. 13) are VACATED.

2.  Plaintiff's motion for extension of time to file the amended complaint (ECF No. 14) is GRANTED.

3.  Plaintiff is granted 30 days from the date of this order to file an amended complaint.

Dated:  March 26, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 gopa1372.vacfr.36amnd

2