UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARVIND VYAS GOPAL,

Plaintiff,

v.

JOHNSON, et al.,

Defendants.

No. 2:25-cv-01372-DAD-CKD P

ORDER

Plaintiff Arvind Gopal, a state prisoner, proceeds pro se and in forma pauperis under 42 U.S.C. § 1983. By order filed October 10, 2025, the undersigned dismissed plaintiff's complaint with leave to amend. (ECF No. 8.) Plaintiff sought and was granted an extension of time to file an amended complaint. (ECF Nos. 11, 12.) After plaintiff failed to file an amended complaint or request an extension of time to do so twice, the undersigned recommended this case be dismissed for failure to state a claim on July 2, 2026.[1] (ECF Nos. 13, 16.) On July 24, 2026, plaintiff filed a motion for an extension of time to file an amended complaint (ECF No. 17.)

////

////

[1] The first findings and recommendations dated March 2, 2026, were to dismiss this case without prejudice for failure to prosecute, and were vacated after plaintiff requested an extension of time. (ECF Nos. 13, 14, 15.)

Good cause appearing, IT IS ORDERED as follows:

1. Plaintiff's motion for an extension of time (ECF No. 17) is granted.

2. Plaintiff is granted 45 days from the date of this order in which to file an amended complaint. If plaintiff does not file timely file an amended complaint or otherwise respond to this court order, the pending recommendation to dismiss this case shall remain submitted.

Dated: August 3, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 gopa1372.36ac